

# Missouri Court of Appeals
## Southern District

## JUNE 24, 2014

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.      Case No.  SD32910

        Re:     JEFFERY DICKSON,
                Appellant,
                vs.
                STATE OF MISSOURI,
                Respondent.

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.      Case No.  SD32652

        Re:     STATE OF MISSOURI,
                Respondent,
                vs.
                JAMES A. TERRY,
                Appellant.